UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNETTE PERRY, et al.,

        Plaintiffs,

vs.

        Case No. 15-11658

WAYNE COUNTY COMMUNITY
COLLEGE DISTRICT,

        HON. GEORGE CARAM STEEH

        Defendant.
_____/

ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT [DOC. 18]

This matter has come before the court on the parties' joint motion to approve settlement. The court having presided over a hearing on the joint motion, and having taken testimony from the personal representative and being otherwise fully advised in the premises, now therefore,

IT IS HEREBY ORDERED that the settlement is approved as requested jointly by the parties.

It is so ordered.

Dated: August 23, 2016

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
August 23, 2016, by electronic and/or ordinary mail.

s/Marcia Beauchemin
Deputy Clerk